1   DENNIS J. HERRERA – 139669
    CITY ATTORNEY
2   Robert S. Maerz – 111796
    Timothy B. McCormick – 130257
3   Airport General Counsel
    San Francisco City Attorney's Office, Airport Division
4   P.O. Box 8097
    International Terminal, North Shoulder Building, 5th Floor
5   San Francisco, CA 94128-8097
    Telephone:  (650) 821-5088/ Facsimile: (650) 821-5086
6
    WULFSBERG REESE COLVIG & FIRSTMAN
7   PROFESSIONAL CORPORATION
    H. James Wulfsberg – 046192
8   Timothy A. Colvig - 114723
    Kris A. Cox - 136504
9   Kaiser Center
    300 Lakeside Drive, 24th Floor
10  Oakland, CA 94612-3524
    Telephone:  (510) 835-9100
11  Facsimile:  (510) 451-2170
12
    Attorneys for Plaintiff
    City and County of San Francisco
13

14          UNITED STATES DISTRICT COURT

15          NORTHERN DISTRICT OF CALIFORNIA

16          SAN FRANCISCO DIVISION

17  CITY AND COUNTY OF SAN FRANCISCO,        No.  C 04-5307 PJH
    A California Municipal Corporation,
18                                           **STIPULATION TO EXTEND DEADLINES
                 Plaintiff,                  FOR FILING OF SUMMARY JUDGMENT
19                                           MOTION AND REQUEST FOR ORDER**
    vs.
20
    FACTORY MUTUAL INSURANCE
21  COMPANY, a Rhode Island Corporation,
    BOMBARDIER TRANSPORTATION
22  (HOLDINGS) USA, INC., a Delaware
    Corporation,
23
                 Defendants.
24

25

26          Plaintiff City and County of San Francisco and Defendant Factory Mutual Insurance

27  Company hereby stipulate as follows and request an Order as described below:

28  1.      On September 8, 2005, at a Case Management Conference before the Honorable Phyllis

LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100

Hamilton, this Court issued an Order scheduling the time for the parties to file cross motions for summary adjudication.  The order required that the plaintiff and defendant each file their motions for summary adjudication on December 14, 2005.  Oppositions are to be filed by January 11, 2006.  Replies are to be filed by January 18, 2006, and hearing will be scheduled for February 8, 2006 at 9:00 a.m.

2.      The parties have been diligently meeting in an effort to agree to stipulated facts that will enable the court to rule on the motions for summary adjudication.  The parties are close to an agreement, but are still conducting factual investigations with regard to some of the facts.

3.      In order to allow the parties adequate time to provide the court with the correct facts, the parties stipulate to the continuance of the deadlines for filing of motions for summary judgment by 44 days.

4.      The parties propose the following briefing schedule.  Motions for summary adjudication shall be filed on or before January 27, 2006.  Oppositions shall be filed on or before February 17, 2006 replies filed on or before February 24, 2006 and hearing scheduled for March 17, 2006.

5.      Kris A. Cox, counsel for Plaintiff, hereby attests that he has on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

**SO STIPULATED:**

Dated: December 1, 2005                 WULFSBERG, REESE COLVIG & FIRSTMAN
                                        PROFESSIONAL CORPORATION

                                        By: ____/S/_____
                                            Kris A. Cox
                                            Attorneys for Plaintiff, City
                                            and County of San Francisco


Dated: December 1, 2005                 CARLSON, CALLADINE &
                                        PETERSON, LLP

                                        By: ____/S/_____
                                            Joyce Wang
                                            Attorney for Factory Mutual
                                            Insurance

LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100

1

2

3

4
It is hereby ordered by the Court that the deadlines for the Motions for Summary

5
Adjudication to be filed by the parties as set in the Case Management Conference of September 8,

6
2005 be extended by forty four (44) days so that motions shall be filed on or before January 27,

7
2006.  Oppositions shall be filed on or before February 17, 2006 replies filed on or before February

8
24, 2006 and hearing scheduled for March 17, 2006.

9

10
**IT IS SO ORDERED.**

11

12
Dated: December __5__, 2005

13
_____

14
PHYLLIS J. HAMILTON

15
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100