1  JOYCE C. WANG [Bar No.: 121139]
   NANCY J. STROUT [Bar No.: 121096]
2  CARLSON, CALLADINE & PETERSON LLP
   353 Sacramento Street, 16th Floor
3  San Francisco, California 94111
   Telephone:   (415) 391-3911
4  Facsimile:   (415) 391-3898

5  Attorneys for Defendant
   FACTORY MUTUAL INSURANCE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, A California Municipal Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FACTORY MUTUAL INSURANCE COMPANY, a Rhode Island Corporation, BOMBARDIER TRANSPORTATION (HOLDINGS) USA, INC., A Delaware Corporation, <br><br> Defendants/Cross-Claimant. <br><br> AND ALL RELATED CROSS-ACTIONS | CASE NO.:  C 04-5307 PJH <br><br> STIPULATION AND PROTECTIVE ORDER |

It is hereby stipulated by and between Defendant/Cross-claimant BOMBARDIER TRANSPORTATION (HOLDINGS) USA, INC., ("Bombardier") and Defendant FACTORY MUTUAL INSURANCE COMPANY ("Factory Mutual") that Bombardier shall be bound by the protective order issued by this Court on August 22, 2005, regarding certain documents that were requested by and produced to Plaintiff CITY AND COUNTY OF SAN FRANCISCO. For the convenience of the Court and the parties, the terms of the original Order are set forth herein. The

1  parties reserve the right to seek protection with regard to future document requests if that becomes
2  necessary.

3

4  DATED: March 22, 2006                THORNTON, TAYLOR, BECKER & SHINN LLP

5

6                                       By: /s/ Otto F. Becker
7                                       Otto F. Becker, Esq.
                                        Attorneys for Defendant/Counter-Claimant
8                                       BOMBARDIER TRANSPORTATION
                                        (HOLDINGS) USA, INC.
9

10 DATED: March 23, 2006                CARLSON, CALLADINE & PETERSON LLP

11

12                                      By: /s/ Joyce Wang
13                                      JOYCE C. WANG
                                        Attorneys for Defendants, FACTORY MUTUAL
14                                      INSURANCE CO.

15

16         PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

17

18         1.      Bombardier shall maintain the confidentiality of the underwriting files, claim

19 manual and any other documents subject to this order and any testimony that is elicited relating

20 thereto. Bombardier shall retain exclusive control over the confidential information. However, it

21 is permitted to share the information received from the confidential information with its own

22 attorneys and their staff, consultants and experts, and such clerical personnel as necessary (such as

23 court reporters, copying services, etc.).

24         2.      All documents subject to this Protective Order shall be stamped "CONFIDENTIAL

25
   SUBJECT TO COURT ORDER."
26
           3.      Except as provided above, unless Factory Mutual has given consent in writing,
27
28 Plaintiff shall not disclose to any third party any confidential information.

3. Factory Mutual shall produce the documents subject to this Protective Order within three business days of the date of this Order.

4. At the conclusion of litigation, Bombardier shall return all confidential information to Factory Mutual, and copies made thereof.

IT IS SO ORDERED,

Dated: __March 27__, 2006



STIPULATION AND PROTECTIVE ORDER
CASE NO.: C 04-5307 PJH