DENNIS J. HERRERA – 139669
CITY ATTORNEY
Robert S. Maerz – 111796
Timothy B. McCormick – 130257
Airport General Counsel
San Francisco City Attorney's Office, Airport Division
P.O. Box 8097
International Terminal, North Shoulder Building, 5th Floor
San Francisco, CA 94128-8097
Telephone: (650) 821-5088/ Facsimile: (650) 821-5086

WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
H. James Wulfsberg – 046192
Timothy A. Colvig - 114723
Kris A. Cox - 136504
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, CA 94612-3524
Telephone: (510) 835-9100
Facsimile: (510) 451-2170

Attorneys for Plaintiff
City and County of San Francisco

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, A California Municipal Corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE COMPANY, a Rode Island Corporation; BOMBARDIER TRANSPORTATION (HOLDINGS) USA, INC., a Delaware Corporation,<br><br>   Defendants. | Case No. C 04-5307 PJH<br><br>**FURTHER JOINT CASE STATUS STATEMENT**<br><br>**March 15, 2007**<br>**2:30 p.m.**<br>Hon. P. Hamilton<br>Dept 17 |

1  CITY AND COUNTY OF SAN FRANCISCO, BOMBARDIER TRANSPORTATION
2  (HOLDINGS) USA, INC and FACTORY MUTUAL INSURANCE COMPANY, as requested by
3  the Court, provide this Further Joint Case Status Statement, **requesting that the Court Order a**
4  **30-day continuation of Case Status Conference currently set for March 15, 2007**, to allow the
5  parties to meet and confer on case management issues and present a proposed Case Management
6  Order.

7  **1.     Mediation Efforts:**

8  　　　　The parties held a mediation on March 8, 2007 as ordered by the Court.  John Bates of
9  JAMS was the mediator.  Prior to the Mediation, the parties held several joint conferences and
10 focused discovery efforts toward issues central to forwarding the mediation.  The parties
11 cooperatively undertook further document productions, written discovery, and depositions in an
12 effort to establish facts that would be particularly helpful to settlement discussions.  The parties
13 also exchanged detailed mediation briefs and additional correspondence between the parties,
14 setting out their various positions on the issues, to establish the items of dispute and negotiation for
15 both the parties and the mediator.  The parties prepared and gathered their client/decision teams
16 and attended the mediation.  In Bombardier's case, client representatives traveled from Pittsburgh,
17 Pennsylvania to attend the mediation.

18 　　　　The Mediation continued until approximately 11:00 p.m. in the evening, with the parties
19 continuing to discuss the potential for further settlement in the following days with the active
20 involvement of the mediator.  The parties are all committed to continuing settlement discussions,
21 but believe that a course of setting trial, continuing open discovery, and proceeding on a scheduled
22 path of litigation is required as set forth in the Case Management Proposal, below, and the attached
23 Proposed Case Management Order, attached.

24 **2.     Case Management Proposal:**

25 　　　　Due to the extensive and time-consuming preparation and mediation efforts, which the
26 parties hoped would fully resolve the litigation, the parties have been unable to meet and confer
27 and present a Joint Case Management Statement that addresses all of the issues required for the
28 comprehensive scheduling and trial setting order that the parties propose be entered.  The parties

1  have met and conferred on Case Management and believe that a continuance of the Case
2  Management Conference should be provided, to allow the parties to undertake this effort.
3       Consequently, the parties jointly propose that this honorable Court order a **continuance of**
4  **the Case Management Conference currently set for March 15, 2007, for approximately 30**
5  **days**, to allow the parties to meet, confer and present, at least 10 days before the scheduled
6  conference, a comprehensive Joint Case Management Conference Statement, (supplemented by
7  separate statements, if necessary) addressing all of the appropriate issues as identified in Federal
8  Rule of Civil Procedure 16, and Civil Local Rule 16-9 and 16-10, and presenting a Proposed Case
9  Management and Scheduling Order.

11  DATED: March 12, 2007          WULFSBERG REESE COLVIG & FIRSTMAN
                                         PROFESSIONAL CORPORATION

14                                                        /S/
     KRIS A. COX
     Attorneys For Plaintiff
15   CITY AND COUNTY OF SAN FRANCISCO

17  DATED: March 12, 2007          SONNENSCHEIN NATH & ROSENTHAL, LLP

19                                                          /S/
     GAYLE M. ATHANACIO
20   Attorneys For Defendant
     BOMBARDIER TRANSPORTATION (HOLDINGS)
21   USA, INC

24  DATED: March 12, 2007          FACTORY MUTUAL INSURANCE COMPANY

26                                                          /S/
     JOYCE C. WANG
     Attorneys For Defendant
27   FACTORY MUTUAL INSURANCE COMPANY

LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100

FURTHER JOINT CASE STATUS STATEMENT
1349-031\2168119.1
-3-

DENNIS J. HERRERA – 139669
CITY ATTORNEY
Robert S. Maerz – 111796
Timothy B. McCormick – 130257
Airport General Counsel
San Francisco City Attorney's Office, Airport Division
P.O. Box 8097
International Terminal, North Shoulder Building, 5th Floor
San Francisco, CA 94128-8097
Telephone:  (650) 821-5088/ Facsimile: (650) 821-5086

WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
H. James Wulfsberg – 046192
Timothy A. Colvig - 114723
Kris A. Cox - 136504
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, CA 94612-3524
Telephone:  (510) 835-9100
Facsimile:  (510) 451-2170

Attorneys for Plaintiff
City and County of San Francisco

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, A California Municipal Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE COMPANY, a Rode Island Corporation; BOMBARDIER TRANSPORTATION (HOLDINGS) USA, INC., a Delaware Corporation,<br><br>Defendants. | Case No. C 04-5307 PJH<br><br>**[~~PROPOSED~~]**<br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**March 15, 2007**<br>**2:30 p.m.**<br>Hon. P. Hamilton<br>Dept 17 |

FURTHER JOINT CASE STATUS STATEMENT
1349-031\2168119.1

-4-

1  The Case Management Conference currently set for March 15, 2007 at 2:30 p.m., in Department
2  17 of the above-entitled Court is CONTINUED to __April 12__, 2007 at __2:30 p.m.__, in
3  Department 17, before the honorable Phyllis J. Hamilton.
4       The Parties are to meet and confer in good faith and present, no later than 10 days before
5  the continued Conference date set above, to the extent possible, a Joint Case Management
6  Conference Statement and a Jointly Proposed Case Management Order, addressing all applicable
7  issues identified under Civil Local Rule 16-10(b), and such other issues as the parties deem
8  appropriate, to allow the Court to set trial and a scheduling order for this matter.  The parties may
9  present separate statements relating to issues upon which agreement has not been reached.

11  DATED: March __13__, 2007



Hon.
UNITED STATES DISTRICT COURT, NORTHERN
DISTRICT

IT IS SO ORDERED
Judge Phyllis J. Hamilton

FURTHER JOINT CASE STATUS STATEMENT
1349-031\2168119.1
-5-