1  OTTO F. BECKER, SBN 37375
   THORNTON, TAYLOR, BECKER & SHINN
2  731 Sansome Street, Suite 300
   San Francisco, CA 94111-1723
3  415/421-8890 // FAX: 415/421-0688
   obecker@thornton-taylor.com
4
   GAYLE M. ATHANACIO, SBN 130068
5  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
6  San Francisco, CA 94105-2708
   415/882-5077 // FAX: 415/882-0300
7  gathanacio@sonnenschein.com

8  Attorneys for Defendant/Counter-Claimant
   BOMBARDIER TRANSPORTATION
9  (HOLDINGS) USA, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, A California Municipal Corporation, | **Case No. C 04-5307 PJH** |
| Plaintiff, | ***STIPULATION OF COUNSEL RE REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE*** |
| Vs. | |
| FACTORY MUTUAL INSURANCE COMPANY, a Rhode Island Corporation, BOMBARDIER TRANSPORTATION (HOLDINGS) USA, INC., a Delaware Corporation, | **Hearing Date    : 12 April 2007**<br>**Time              ; 2:30 p.m.**<br>**Courtroom    : 3, 17th Floor** |
| Defendants | |
| AND RELATED COUNTERCLAIMS | **Complaint Filed: 15 December 2004** |

The Case Management Conference in this matter is currently set for 12 April 2007 at 2:30 p.m. in Courtroom 3, 17th Floor, before the Honorable, Phyllis J. Hamilton, judge of the United States District Court

1   Due to calendar conflicts among counsel for two of the parties, the undersigned
2   respectfully request that the Case Management Conference be continued one week to 19 April
3   2007 at 2:30 p.m. in Courtroom 3, 17th Floor, at 2:30 p.m. before Judge Hamilton.  All counsel
4   hereby stipulate to the continuance.

    SO STIPULATED:

DATED:  March 19, 2007          SONNENSCHEIN NATH & ROSENTHAL LLP


                                _____/S/_____
                                GAYLE M. ATHANACIO



                                THORNTON TAYLOR BECKER & SHINN

DATED:  March 19, 2007          _____/S/_____
                                OTTO F. BECKER
                                ATTORNEYS FOR DEFENDANT/COUNTER-
                                CLAIMANT BOMBARDIER


DATED:  March 19, 2007          WULFSBERG REESE COLVIG & FIRSTMAN
                                PROFESSIONAL CORPORATION


                                _____/S/_____
                                KRIS A. COX
                                Attorney for Plaintiff
                                CITY AND COUNTY OF SAN FRANCISCO


DATED:  March 19, 2007          FACTORY MUTUAL INSURANCE COMPANY


                                _____/S/_____
                                JOYCE C. WANG
                                Attorneys for Defendant
                                FACTORY MUTUAL INSURANCE COMPANY


    IT IS SO ORDERED:


DATED:  3/21/07                 _____
                                JUDGE OF THE UNITED STATES DISTRICT COURT

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton

**STIPULATION/ORDER RE CONTINUANCE**
**OF CASE MANAGEMENT CONFERENCE**    2                        Case No. C 04-5307 PJH

Thornton, Taylor, Becker & Shinn
731 Sansome Street, Suite 300
San Francisco, CA 94111-1723
(415) 421-8890 - Facsimile (415) 421-0688