UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF
SAN FRANCISCO,

    Plaintiff,

    v.

FACTORY MUTUAL INSURANCE
COMPANY, et al.,

    Defendants.
_____/

No. C 04-05307 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Defendant Factory Mutual Insurance Co.'s motion to compel discovery responses, and for all further discovery.

The parties will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: May 8, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge