UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO,

    Plaintiff,

    v.

FACTORY MUTUAL INSURANCE COMPANY, et al.,

    Defendants.
_____/

No. C 04-5307 PJH

**ORDER DENYING MOTION FOR SEALING ORDER**

    Defendant Factory Mutual Insurance Company ("FMIC") seeks an order sealing two letters produced to FMIC by plaintiff City and County of San Francisco, and the transcript from the January 19, 2007, deposition of Ronald Wong. The two letters and the deposition transcript were designated "Confidential" by defendant Bombardier Transportation (Holdings) U.S.A., Inc. ("Bombardier"). This confidentiality designation provides the sole basis for FMIC's request.

    Bombardier having failed to provide a declaration establishing that the designated material is sealable, and having failed to lodge and serve a narrowly tailored proposed sealing order, as required under Civil Local Rule 79-5(d), the court finds that the motion for the sealing order must be DENIED.

**IT IS SO ORDERED.**

Dated: June 25, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge