UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO,

    Plaintiff(s),

    v.

FACTORY MUTUAL INSURANCE COMPANY, et al.,

    Defendant(s).

_____/

No. C 04-5307 PJH

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the April 18, 2008 stipulation and order, and given that the matter has not been dismissed by September 30, 2008 as anticipated by that order, a Further Case Management Conference shall be held on November 13, 2008, at 2:30 p.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

The parties shall file a joint case management statement no later than ten (10) days before the date of the conference.

**SO ORDERED.**

Dated: October 22, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge