1  DENNIS J. HERRERA – 139669
   CITY ATTORNEY
2  Robert S. Maerz – 111796
   Kathryn Luhe --116587
3  Airport General Counsel
   San Francisco City Attorney's Office, Airport Division
4  P.O. Box 8097
   International Terminal, North Shoulder Building, 5th Floor
5  San Francisco, CA 94128-8097
   Telephone: (650) 821-5088/ Facsimile: (650) 821-5086
6  e-mail: Kathryn.Luhe@sfgov.org

7  WULFSBERG REESE COLVIG & FIRSTMAN
   PROFESSIONAL CORPORATION
8  H. James Wulfsberg – 046192
   Timothy A. Colvig - 114723
9  Kris A. Cox - 136504
   Kaiser Center
10 300 Lakeside Drive, 24th Floor
   Oakland, CA 94612-3524
11 Telephone: (510) 835-9100
   Facsimile: (510) 451-2170
12 e-mail: KAC@wulfslaw.com

13 Attorneys for Plaintiff
   City and County of San Francisco

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, A California Municipal Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE COMPANY, a Rhode Island Corporation, BOMBARDIER TRANSPORTATION (HOLDINGS) USA, INC., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | No. C 04-5307 PJH<br><br>**JOINT STATUS CONFERENCE STATEMENT AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>DATE: NOVEMBER 13, 2008<br>TIME: 2:30 P.M.<br>COURTROOM: 3<br><br>THE HONORABLE PHYLLIS J. HAMILTON |

1    Pursuant to this Court's October 22, 2008, Order Setting Further Status Conference, the parties hereto, Plaintiff and Counter-Defendant City and County of San Francisco ("CCSF"), Defendant and Counterclaimant Factory Mutual Insurance Company ("FMIC") and Defendant and Counterclaimant Bombardier Transportation (Holdings) USA, Inc. ("Bombardier"), by and through their respective counsel, hereby submit the following statement:

As set forth in the April 18, 2008 stipulation and order, the parties in this action entered into a settlement in principle of the entire action, contingent upon the approval of the settlement by the San Francisco Airport Commission, the Board of Supervisors, and the Mayor. Since the April 18, 2008 stipulation was submitted, the parties finalized all the documents necessary to effect the settlement. These documents have been submitted to the Board of Supervisors for review and approval. However, this process has taken longer than originally anticipated.

The parties are informed and believe that the approval process will be completed by no later than December 31, 2008. If the matter is not entirely dismissed on or before December 31, 2008, or in the event that the City rejects or otherwise has not approved the settlement by that date, the parties propose that they file a Joint Case Management Status Statement apprising the Court of the status of approval of the settlement, and/or requesting a Case Management Conference, if appropriate.

Consequently, the parties respectfully request the Court vacate the current November 13, 2008 Further Case Management Conference and set a Further Case Management Conference for January 15, 2008, or a date thereafter convenient to the Court.

Dated: October 29, 2008         WULFSBERG, REESE COLVIG & FIRSTMAN
                                PROFESSIONAL CORPORATION

                                By:___/s/_____
                                Kris A. Cox
                                Attorneys for Plaintiff, City and County of
                                San Francisco

Dated: October 29, 2008              CARLSON, CALLADINE & PETERSON, LLP

By:
   /s/
Joyce Wang
Attorneys for Defendant Factory Mutual Insurance Company

Dated: October 29, 2008              SONNENSCHEIN NATH AND ROSENTHAL LLP

By:
   /s/
Gayle M. Athanacio
Attorneys for Defendant Bombardier Transportation (Holdings) USA, Inc.

**IT IS SO ORDERED.**

Dated: __October 30__, 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

27311122

LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100