1  DENNIS J. HERRERA – 139669
   CITY ATTORNEY
2  Robert S. Maerz – 111796
   Kathryn Luhe -- 116587
3  Airport General Counsel
   San Francisco City Attorney's Office, Airport Division
4  P.O. Box 8097
   International Terminal, North Shoulder Building, 5th Floor
5  San Francisco, CA 94128-8097
   Telephone:  (650) 821-5088/ Facsimile: (650) 821-5086
6  e-mail:  Kathryn.Luhe@sfgov.org

7  WULFSBERG REESE COLVIG & FIRSTMAN
   PROFESSIONAL CORPORATION
8  H. James Wulfsberg – 046192
   Timothy A. Colvig - 114723
9  Kris A. Cox - 136504
   Kaiser Center
10 300 Lakeside Drive, 24th Floor
   Oakland, CA 94612-3524
11 Telephone:  (510) 835-9100
   Facsimile:  (510) 451-2170
12 e-mail: KAC@wulfslaw.com

13 Attorneys for Plaintiff
   City and County of San Francisco

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18 CITY AND COUNTY OF SAN FRANCISCO,        No.  C 04-5307 PJH
   A California Municipal Corporation,
19                                          STIPULATION AND [PROPOSED]
                                            ORDER OF DISMISSAL OF ENTIRE
20         Plaintiff,                       ACTION WITH PREJUDICE

21 vs.

22 FACTORY MUTUAL INSURANCE
   COMPANY, a Rhode Island Corporation,
23 BOMBARDIER TRANSPORTATION
   (HOLDINGS) USA, INC., a Delaware
24 Corporation,

25         Defendants.

26 AND RELATED COUNTERCLAIMS

27

28

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE
                                                    -1-
1349-031\2245083.1

_(left margin, vertical text)_ LAW OFFICES WULFSBERG REESE COLVIG & FIRSTMAN PROFESSIONAL CORPORATION KAISER CENTER 300 LAKESIDE DRIVE, 24TH FLOOR OAKLAND, CALIFORNIA 94612-3524 TELEPHONE (510) 835-9100

1    The parties hereto, Plaintiff and Counter-Defendant City and County of San Francisco

2  ("CCSF"), Defendant and Counterclaimant Factory Mutual Insurance Company ("FMIC") and

3  Defendant and Counterclaimant Bombardier Transportation (Holdings) USA, Inc. ("Bombardier"),

4  by and through their respective counsel, hereby stipulate as follows:

5    Whereas, CCSF instituted the present action and thereafter filed a Second Amended

6  Complaint asserting claims against FMIC and Bombardier;

7    Whereas, Bombardier filed an amended answer and asserted cross and counter-claims

8  against CCSF;

9    Whereas, FMIC filed an answer and Amended Counter-Claims against CCSF and Cross-

10  Claims against Bombardier, which cross-claims were later dismissed by this Court;

11    Whereas, the parties hereto subsequently entered into a Settlement Agreement to fully and

12  finally resolve the present action and all claims therein (collectively referred to as the "Action");

13    NOW, THEREFORE, pursuant to the Settlement Agreement, the parties hereto hereby

14  stipulate and agree to:

15    1.    Entry of an Order of Dismissal of With Prejudice of this Action in its entirety,

16  including all claims, cross-claims and counterclaims asserted by any party, with each party to

17  bear its own fees and costs.

18    2.    This Stipulation is for the purpose of settling the Action.  Neither the existence,

19  terms or act of entering into this Stipulation, nor any action taken hereunder, shall constitute, or

20  be construed as, any admission of the validity of any claim, defense, or any fact alleged in the

21  Action, or of any wrongdoing, fault, violation of law, or liability of any kind on the part of either

22  Bombardier or the City.

23    3. This Court shall retain jurisdiction over the parties for the purpose of enforcement of the

24  Settlement Agreement only,

25  6.    Kris A. Cox, counsel for CCSF, hereby attests that he has on file all holograph signatures

26  for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

27

28

LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE

1 **SO STIPULATED:**

2 Dated: January 8, 2009          WULFSBERG REESE COLVIG & FIRSTMAN
                                 PROFESSIONAL CORPORATION
3

4                                By: /S/ _____
                                 Kris A. Cox
5                                Attorneys for Plaintiff, City and County of
                                 San Francisco
6

7

8 Dated: January 8, 2009          CARLSON, CALLADINE &
                                 PETERSON, LLP
9
                                 By: /S/ _____
10                               Joyce Wang
                                 Attorneys for Defendant Factory Mutual
11                               Insurance Company

12 Dated: January 8, 2009         SONNENSCHEIN NATH AND
                                 ROSENTHAL LLP
13

14

15                               By: /S/ _____
                                 Gayle M. Athanacio
16                               Attorneys for Defendant Bombardier
                                 Transportation (Holdings) USA, Inc.
17

18 **IT IS SO ORDERED.**

19

20 Dated: January __9__, 2009

21

22

23

24

25

26

27

28



LAW OFFICES
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524
TELEPHONE (510) 835-9100

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE

-3-